# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MANHEIM AUTOMOTIVE FINANCIAL SERVICES, INC.,

    Plaintiff,

v.

SPEEDWAY AUTO CENTER, INC., *et al*.,

    Defendants.

Case No. 2:12-cv-00237-LDG (GWF)

**ORDER**

    A review of the Court's docket indicates that this matter was stayed upon plaintiff's filing, in March 2012, of a suggestion of bankruptcy of defendants Paul and Diane Cobb. Accordingly, for good cause shown,

    THE COURT **ORDERS** that the Plaintiff, Manheim Automotive Financial Services, Inc., shall file a status report not later than Friday, June 10, 2016, and shall file a further status report every 90 days thereafter until the stay in this matter is lifted.

DATED this 26 day of May, 2016.

Lloyd D. George
United States District Judge